Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

ALFRED MCZEAL, JR.
HOUSTON REAL ESTATE BUSINESS TRUST
8950 Westpark Dr. Suite 302
Houston, Texas 77063
Phone: 832-623-4418

Terrez Young
2025 Lost Hollow Ct.
Florissant, MO 63031
Ph: 314-526-5037

**RECEIVED**
SEP 22 2025
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT
## Eastern District ~~MIDDLE DISTRICT~~ OF MISSOURI
### EASTERN DIVISION

Case No. **4:25-cv-01433 RHH**

**ALFRED MCZEAL, JR. & TERREZ YOUNG**

Jury Trial: (check one) ☑ Yes ☐ No

*Plaintiff(s)*

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Alabama Housing Finance Authority(AHFA); (AHFA); Housing & Urban Development (HUD) EastPlains Corporation; Robert Banocy; MIP Fund I Trust; Guaranteed Rate Affinity LLC; MERS (Mortgage Electronic Registration Systems, Inc.); Does 1 - 10

I. FRAUD – Exhibit F – Trustee's Deed / "Cashless Sale" (Sept. 18, 2023):EastPlains Corporation Alabama Housing Finance Authority (AHFA), reciting $209,990 but "no cash consideration."

II. FRAUD - Exhibit G – Special Warranty Deed (2025):AHFA U.S. Department of Housing & Urban Development (HUD).

III. Exhibit C – Deed of Trust (Sept. 30, 2019):Luvader Haney ? MERS/AMIP Fund I Trust ($85,880).? Haney had no ownership; demonstrates a "wild deed." Exhibit D – Deed of Trust (Nov. 4, 2019):Luvader Haney ? Guaranteed Rate Affinity, LLC ($183,612).

IV. Racketeer Influenced and Corrupt Organizations Act (18 U.S.C §1961 et seq)

V. Wire Fraud (18 U.S.C. §§ 1341, 1343)

VI. 18 U.S.C. § 1341 (Mail Fraud)

VI. Claim for Money Laundering (18 U.S.C. §§ 1956, 1957)

VIII. Claim for Slander of Title

IX. Claim for Bank Fraud (18 U.S.C. § 1344)

X. Claim for False Statements in Real Estate Transactions (18 U.S.C. § 1014)

XI. Claim for Quiet Title

XII. Claim for Cancellation of Written Instruments

XIII. Declaratory Judgment Act - 28 U.S.C. §2201 - §2202

*Defendant(s)*

(Write the fill name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## ORIGINAL COMPLAINT

☑ *PRELIMINARY INJUNCTION REQUESTED*

### COMPLAINT FOR A CIVIL CASE

**COMPLAINT FOR FRAUD (MULTIPLE FORGED DEEDS); FRAUDULENT TRANSFERS; RACKEETERING, MONEY LAUNDERING; BANK FRAUD; QUIET TITLE; CANCELLATION OF WRITTEN INSTRUMENTS; Claim for False Statements in Real Estate Transactions (18 U.S.C. § 1014); DECLARATORY JUDGMENT; and DOES 1-10**

PROPERTY IN DISPUTE

12750 Needle Point CourtFlorissant, Missouri 63033
(St. Louis County)

COVER PAGE
i

1. **The Parties to This Complaint**

   A. **The Plaintiff(s)**      **ALFRED MCZEAL, JR. & TERREZ YOUNG**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | **Alfred McZeal, Jr.** |
   | Street Address | |
   | City and County | ALFRED MCZEAL, JR. |
   | State and Zip Code | HOUSTON REAL ESTATE BUSINESS TRUST |
   | Telephone Number | 8950 Westpark Dr. Suite 302  Houston, Texas 77063 |
   | E-mail Address | Phone: 832-623-4418 |

   **Plaintiff No.2**

   | | |
   |---|---|
   | Name | **Terrez Young** |
   | Job or Title (if known) | **N/A** |
   | Street Address | |
   | City and County | Terrez Young |
   | State and Zip Code | 2025 Lost Hollow Ct. |
   | Telephone Number | Florissant, MO 63031 |
   | E-mail Address (if known) | Ph: 314-526-5037 |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if *known*). Attach additional pages if needed.

   | | |
   |---|---|
   | **Alabama Housing Finance Authority (AHFA)** | **Housing & Urban Development** |
   | **EastPlains Corporation** | **Robert Banocy** |
   | **MIP Fund I Trust** | **Guaranteed Rate Affinity, LLC** |
   | **MERS (Mortgage Electronic Registration Systems, Inc.)** | **Does 1 - 10** |

☐ Additional Pages Attached

1

## DEFENDANTS

**Defendant No. 1**
Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

**Alabama Housing Finance Authority (AHFA)**

**(False Transfer to False Buyer)**

Alabama Housing Finance Authority (AHFA)
7460 Halcyon Pointe Drive, Suite 200
Montgomery, Alabama 3611

**Defendant No. 2**
Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *of known)*

**Secretary Housing & Urban Development**

**(False Buyer )**

Housing & Urban Development
400 State Avenue
Kansas City, KS 66101

**Defendant No. 3**
Name
Job or Title *if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

**EastPlains Corporation**

**(Evicted/Fraudster)**

EastPlains Corporation
210 N. Higgins Avenue,
Suite 234
Missoula, Montana 59802

**Defendant No. 4**
Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

**Robert Banocy**

**(Attorney)**

7460 Halcyon Pointe Drive, Suite 200
Montgomery, Alabama 3611

2

## ADDITIONAL DEFENDANTS

**Defendant No. 5**
Name: **MIP Fund I Trust**
Job or Title (if known): **(Purported Owner)**
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

MIP Fund I Trust
C/O American Mortgage Investment Partners Management LLC
3020 Issaquah Pine Lake Road, #355 Sammamish, Washington 98075

**Defendant No. 6**
Name: **Guaranteed Rate Affinity, LLC**
Job or Title (if known): **(Mortgage Fraud Company)**
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

Guaranteed Rate Affinity, LLC 3940 N. Ravenswood Avenue Chicago, Illinois 60613

**Defendant No. 7**
Name: **MERS (Mortgage Electronic Registration Systems, Inc.)**
Job or Title (if known): **(Title Fraud Company)**
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

Mortgage Electronic Registration Systems, Inc. (MERS) 1818 Library Street, Suite 300 Reston, Virginia 20190

**Defendant No. 8**
Name: **Does 1-10**
Job or Title (if known): **(Evicted Squatter)**
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address (if known)

3

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**H.   Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (check all that apply)

☑ Federal question        ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

I. FRAUD - Exhibit F - Trustee's Deed / "Cashless Sale" (Sept. 18, 2023):EastPlains Corporation Alabama Housing Finance Authority (AHFA),

II. FRAUD - Exhibit G – Special Warranty Deed (2025):AHFA ? U.S. Department of Housing & Urban Development (HUD).

III. Exhibit C – Deed of Trust (Sept. 30, 2019):Luvader Haney ? MERS/AMIP Fund I Trust ($85,880)

IV. Racketeer Influenced and Corrupt Organizations Act (18 U.S.C §1961 et seq)

V. Wire Fraud (18 U.S.C. §§ 1341, 1343)

VI. 18 U.S.C. § 1341 (Mail Fraud)

VI. Claim for Money Laundering (18 U.S.C. §§ 1956, 1957)

VIII. Claim for Slander of Title

IX. Claim for Bank Fraud (18 U.S.C. § 1344)

X. Claim for False Statements in Real Estate Transactions (18 U.S.C. § 1014)

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   **The Plaintiff(s)**

a.   If the plaintiff is an individual

The plaintiff, (name) **Alfred McZeal, Jr. & Terrez Young**, is a citizen of the State of (name) Texas, and Missouri

b.   If the plaintiff is a corporation

The plaintiff, (name) n/a, is incorporated under the laws of the State of (name) _____

and has its principal place of business in the State of (name) _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

☐ **Additional Pages Are Attached Providing Information On *Additional Plaintiffs***

2.   **The Defendant(s)**   Alabama Housing Finance Authority (AHFA); U.S. Department of Housing & Urban Development (HUD); EastPlains Corporation; Luvader Haney; MIP Fund I Trust; Guaranteed Rate Affinity, LLC;MERS (Mortgage Electronic Registration Systems, Inc.); Does 1-10

a.   The Defendant is an ☐ individual ☑ corporation.

The defendant, (name) **Alabama Housing Finance Authority (AHFA)**, is a citizen of the State of (name) ALABAMA   Or is a citizen of (foreign nation) _____

4

b.  The Defendant is an ☐ individual ☑ corporation.

The defendant, *(name)* __Housing & Urban Development (HUD)__, is a citizen of the State of *(name)* __Kansas__ ☑ is incorporated under principal place of business in the State of *(name)* _____ and has its Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____
*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)* ☑ **Additional Pages Are Attached On *Additional Defendants.***

3. **The Amount in Controversy**

The amount in controversy is the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court because *(explain)*:

**The Real Property Stolen is in excess of $75,000.**

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiffs rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**I. FRAUD - Exhibit F – Trustee's Deed / "Cashless Sale" (Sept. 18, 2023):EastPlains Corporation Alabama Housing Finance Authority (AHFA), reciting $209,990 but "no cash consideration."**

Plaintiffs are the lawful owners of the real property commonly known as 12750 Needle Point Court, Florissant, Missouri 63033, legally described as Lot 4105 of Paddock Forest Addition No. 4, Plat 3, as per plat thereof recorded in Plat Book 64, Page 30, St. Louis County Records. Title was conveyed to the Terrez Marcel Young Trust© in 2018.

Defendants, without any lawful interest, have recorded a series of fraudulent deeds and deeds of trust against the property, including: (a) two Deeds of Trust executed by Luvader Haney in 2019, despite

Haney never owning the property; (b) a cashless trustee's deed recorded by EastPlains Corporation to Alabama Housing Finance Authority in 2023; and (c) a Special Warranty Deed recorded by AHFA to HUD in 2025. These instruments are void ab initio, cloud Plaintiffs' title, and constitute fraudulent recordings and slander of title.Plaintiffs seek to quiet title in their favor, cancel the fraudulent instruments of record, and obtain declaratory and injunctive relief to prevent Defendants from asserting any further claim to the property.

☑ Pages Attached (**Statement of Claim and Additional Sheets**)   Exhibits A, & 1 - thru ____ )
☑ Plaintiff(s) reserves the Right to Amend.   ☑ **FRAUD CLAIMS:** __F,F2,F3,F4,F5,F6,F7,F8__

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**DAMAGES**

| | |
|---|---|
| **FRAUD** | $209,000.00 |
| **Negligent Misrepresentation** | $209,000.00 |
| **Racketeering (Treble Damages** | $800,000.00 |
| **Real Estate Fraud** | $209,000.00 |
| **Bank Fraud** | $209,000.00 |
| **Actual Damages** | $209,000.00 |
| **Punitive Damages (Extreme & Outrageous Conduct)** | $5,016,000.00 |
| ☐ Prayer is Included in Supplemental Complaint   **TOTAL RELIEF:** | **$6,861,000.00** |

5

## STATEMENT OF THE CLAIM (CONTINUED):

### CONSPIRACY TO STEAL REAL PROPERTY BY FALSE DEEDS

Defendants combined, agreed, and conspired together for the unlawful purpose of depriving Plaintiffs of their real property located at 12750 Needle Point Court, Florissant, Missouri 63033, legally described as Lot 4105 of Paddock Forest Addition No. 4, Plat 3, Plat Book 64, Page 30, St. Louis County Records.

In furtherance of this conspiracy, Defendants executed, recorded, and relied upon a series of false and fraudulent deeds, including Deeds of Trust in 2019 by a non-owner, a "cashless" Trustee's Deed in 2023 from EastPlains Corporation to Alabama Housing Finance Authority, and a Special Warranty Deed in 2025 from AHFA to HUD. Each instrument was knowingly false, void, and intended to create the appearance of ownership or encumbrance where none existed.

The concerted actions of Defendants were undertaken with the purpose of stealing Plaintiffs' property, laundering title, and preventing Plaintiffs from exercising their lawful ownership rights.

Plaintiffs have suffered injury to their property, title, and equity as a direct result of this conspiracy.

Plaintiffs seek relief including cancellation of the fraudulent instruments, a decree quieting title, damages for slander of title, and such further relief as the Court deems just.

c.  The Defendant is an ☐ individual ☑ corporation. ☐ Trust

   The defendant, *(name)* **EastPlains Corporation**
   the laws of the State of *(name)* _____, is incorporated under
   principal place of business in the State of *(name)* _____ and has its
   Or is incorporated under the laws of *(foreign nation)* _____
   and has its principal place of business in *(name)* _____

d.  The Defendant is an ☐ individual ☑ corporation. ☐ Trust

   The defendant, *(name)* **Robert Banocy**
   the laws of the State of *(name)* Alabama, is incorporated under
   principal place of business in the State of *(name)* _____ and has its
   Or is incorporated under the laws of *(foreign nation)* _____
   and has its principal place of business in *(name)* _____

e.  The Defendant is an ☐ individual ☑ corporation. ☐ Trust

   The defendant, *(name)* **MIP Fund I Trust**
   the laws of the State of *(name)* California, is incorporated under
   principal place of business in the State of *(name)* _____ and has its
   Or is incorporated under the laws of *(foreign nation)* _____
   and has its principal place of business in *(name)* _____

f.  The Defendant is an ☐ individual ☑ corporation. ☐ Trust

   The defendant, *(name)* **Guaranteed Rate Affinity, LLC**
   of the State of *(name)* _____, is incorporated under
   principal place of business in the State of *(name)* _____ and has its
   Or is incorporated under the laws of *(foreign nation)* _____
   and has its principal place of business in *(name)* _____

g.  The Defendant is an ☐ individual ☑ corporation. ☐ Trust

   The defendant, *(name)* **MERS (Mortgage Electronic Registration Systems, Inc.)**
   of the State of *(name)* _____, is incorporated under
   principal place of business in the State of *(name)* _____ and has its
   Or is incorporated under the laws of *(foreign nation)* _____
   and has its principal place of business in *(name)* _____

h.  The Defendant is an ☐ individual ☑ corporation. ☐ Trust

   The defendant, *(name)* **Alabama Housing Finance Authority (AHFA)**
   of the State of *(name)* _____, is incorporated under
   principal place of business in the State of *(name)* _____ and has its
   Or is incorporated under the laws of *(foreign nation)* _____
   and has its principal place of business in *(name)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

c. The Defendant is an ☐ individual ☑ corporation. ☐ Trust

   The defendant, *(name)* **Department of Housing & Urban Development**
   the laws of the State of *(name)* _____, is incorporated under
   principal place of business in the State of *(name)* _____ and has its
   Or is incorporated under the laws of *(foreign nation)* _____
   and has its principal place of business in *(name)* _____

d. The Defendant is an ☐ individual ☐ corporation. ☐ Trust

   The defendant, *(name)* **Does 1 - 10**
   the laws of the State of *(name)* _____, is incorporated under
   principal place of business in the State of *(name)* _____ and has its
   Or is incorporated under the laws of *(foreign nation)* _____
   and has its principal place of business in *(name)* _____

e. The Defendant is an ☐ individual ☐ corporation. ☐ Trust

   The defendant, *(name)* _____
   the laws of the State of *(name)* _____, is incorporated under
   principal place of business in the State of *(name)* _____ and has its
   Or is incorporated under the laws of *(foreign nation)* _____
   and has its principal place of business in *(name)* _____

f. The Defendant is an ☐ individual ☐ corporation. ☐ Trust

   The defendant, *(name)* _____
   of the State of *(name)* _____, is incorporated under
   principal place of business in the State of *(name)* _____ and has its
   Or is incorporated under the laws of *(foreign nation)* _____
   and has its principal place of business in *(name)* _____

g. The Defendant is an ☐ individual ☐ corporation. ☐ Trust

   The defendant, *(name)* _____
   of the State of *(name)* _____, is incorporated under
   principal place of business in the State of *(name)* _____ and has its
   Or is incorporated under the laws of *(foreign nation)* _____
   and has its principal place of business in *(name)* _____

h. The Defendant is an ☐ individual ☐ corporation. ☐ Trust

   The defendant, *(name)* _____
   of the State of *(name)* _____, is incorporated under
   principal place of business in the State of *(name)* _____ and has its
   Or is incorporated under the laws of *(foreign nation)* _____
   and has its principal place of business in *(name)* _____

*Additional Page - Defendants*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result m the dismissal of my case.

Date of signing: **September 22, 2025**

Signature of Plaintiff *Alfred McZeal, Jr.*   *Terrez Young*
Printed Name of Plaintiff **Alfred McZeal, Jr.**   Terrez Young

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

8

# VERIFICATION

## OF

## PLAINTIFF(S)

I (we), ALFRED MCZEAL, JR. & TERREZ YOUNG am a plaintiffs in the above-entitled action. I (we) have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I (we) believe it to be true.

I (we) declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at: **Houston, Texas**

*Alfred McZeal, Jr.*     *Terrez Young*
**ALFRED MCZEAL, JR. & TERREZ YOUNG**

Dated: September 22, 2025

# SERVICE OF PROCESS

Please serve the defendants at the following address::

Alabama Housing Finance Authority
(AHFA)
7460 Halcyon Pointe Drive, Suite 200
Montgomery, Alabama 3611

Housing & Urban Development
400 State Avenue
Kansas City, KS 66101

EastPlains Corporation
210 N. Higgins Avenue,
Suite 234
Missoula, Montana 59802

Robert Banocy
7460 Halcyon Pointe Drive, Suite 200
Montgomery, Alabama 3611

MIP Fund I Trust
C/O American Mortgage Investment Partners
Management LLC
3020 Issaquah Pine Lake Road, #355Sammamish,
Washington 98075

Guaranteed Rate Affinity, LLC3940 N.
Ravenswood AvenueChicago, Illinois
60613

Mortgage Electronic Registration Systems,
Inc. (MERS)1818 Library Street, Suite 300
Reston, Virginia 20190